# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

THOMAS SPANO )
)
)
Plaintiff(s)

vs.                                    C.A. 16-245J
CSX TRANSPORTATION, INC. )
)
)
Defendant(s)

**HEARING ON** Early Neutral Evaluation February 22, 2018  11:00 a.m.

Before Judge Keith A. Pesto

Don P. Palermo, Esq.                                Kendra L. Smith, Esq.
                                                    (& Jared Rhoads CSXT)
                                                    Joe Devine Esq.
_____                           _____
Appear for Plaintiff                                Appear for Defendant

Hearing began  11 a.m.                              Hearing adjourned to
                                                    ~~Stenographer~~
Hearing concluded C.A.V.  2:30 pm

Case settled – parties to exchange settlement paperwork
administrative close – Ct to retain jurisdiction to enforce settlement